NUMBER 13-04-500-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JULIO CABALLERO ALDACO,                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 398th District Court of Hidalgo County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam


         Appellant, JULIO CABALLERO ALDACO, attempts to appeal a conviction for
arson. The trial court has certified that “the defendant has waived the right of
appeal.” See Tex. R. App. P. 25.2(a)(2).
         On September 29, 2004, this Court notified appellant’s counsel of the trial
court’s certification and ordered counsel to: (1) review the record; (2) determine
whether appellant has a right to appeal; and (3) forward to this Court, by letter,
counsel’s findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.
         On November 15, 2004, counsel filed a motion to entertain appeal and to
appoint appellate counsel. Counsel’s response fails to establish either that the
certification currently on file with this Court is incorrect or that appellant otherwise has
a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 3rd day of March, 2005.